UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD J. ALLISON,

  Plaintiff,

  v.

CLARK COUNTY DETENTION CENTER,

  Defendant.

Case No. 2:21-cv-01170-JAD-EJY

**ORDER**

  On June 21, 2021, Plaintiff, an inmate in the custody of the Clark County Detention Center ("CCDC"), submitted a motion re: denial of medical services (ECF No. 1-1). Plaintiff has neither filed a complaint nor an application to proceed *in forma pauperis* in this matter. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to commence a civil action may apply to proceed *in forma pauperis*, which allows the inmate to file the civil action without prepaying the full $402 filing fee. Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3.

  To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

  (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (including pages 1 through 3 with the inmate's two signatures on page 3),

  (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (page 4 of this Court's approved form), and

  (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

  The Court grants Plaintiff a **one-time extension** to file a complaint and fully complete application to proceed *in forma pauperis* containing all three of the required documents, or in the alternative, pay the full $402 filing fee for this action on or before **September 7, 2021**. Absent unusual circumstances, the Court will **not** grant any further extensions of time.

If Plaintiff is unable to file a complaint and a fully complete application to proceed *in forma pauperis* with all three required documents or pay the full $402 filing fee on or before **September 7, 2021**, the Court will recommend dismissal of this case **without prejudice** allowing Plaintiff to file a new case with the Court when Plaintiff is able to file a complaint and able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee.

A dismissal **without prejudice** means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **September 7, 2021** to proceed with this case.

Accordingly, and for the foregoing reasons, IT IS HEREBY ORDERED that Plaintiff shall file a complaint in this Court on or before **September 7, 2021**.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same. The Clerk of the Court shall also send Plaintiff a copy of his motion re: denial of medical services. ECF No. 1-1.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **September 7, 2021**, Plaintiff shall either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (including pages 1 through 3 of the form with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

IT IS FURTHER ORDERED that, if Plaintiff does not file a complaint and a fully complete application to proceed *in forma pauperis* with all three documents or pay the full $402 filing fee for a civil action on or before **September 7, 2021**, the Court will recommend dismissal of this action **without prejudice** for Plaintiff to refile the case with the Court, under a new case number, when Plaintiff is able to file a complaint and has all three documents needed to file a complete application to proceed *in forma pauperis* or pays the full $402 filing fee.

Dated this 7th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE